DVC/2006R00682

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph E. Irenas |
| v. | : | Criminal No. 06- 445 |
| JUAN RIVERA-VELEZ<br>a/k/a "Junito," a/k/a "Two-Face" | : | 18 U.S.C. §§ 1512, 924(c) and 2 |

## INDICTMENT

The grand jury in and for the District of New Jersey, sitting at Camden, charges:

### COUNT 1

On or about April 5, 2003, at Camden, in the District of New Jersey, and elsewhere, the defendant

JUAN RIVERA-VELEZ,
a/k/a "Junito,"
a/k/a "Two-Face,"

knowingly attempted to kill Rafael Colon-Rodriguez by shooting Rafael Colon-Rodriguez in the head, with the intent to prevent the communication by Rafael Colon-Rodriguez to a law enforcement officer and judge of the United States of information relating to the commission or possible commission of a Federal offense, that is, the drug-related murder of Miguel Batista, a/k/a "Ito," on or about September 25, 1996.

In violation of Title 18, United States Code, Sections 1512(a)(1)(C) and 2.

## COUNT 2

On or about April 5, 2003, at Camden, in the District of New Jersey, and elsewhere, the defendant

## JUAN RIVERA-VELEZ

did knowingly and wilfully use and carry a firearm, that is, a loaded handgun, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the tampering with a witness by shooting and attempting to kill Rafael Colon-Rodriguez, as charged in Count 1 above.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

A TRUE BILL

_____
FOREPERSON

CASE NUMBER: 2006R00682

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

JUAN RIVERA-VELEZ
a/k/a "Junito,"
a/k/a "Two-Face"

## INDICTMENT

Title 18, United States Code,
Sections 1512, 924(c) and 2

A True Bill,

_____
Foreperson

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
NEWARK, NEW JERSEY

*DIANA VONDRA CARRIG*
Assistant U.S. Attorney
Camden, New Jersey

USA-48AD 8
(Ed. 1/97)