UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim No. 06-445 (JEI) |
| | : | |
| JUAN RIVERA-VELEZ, a/k/a | : | UNSEALING ORDER |
| "Junito," a/k/a "Two-Face" | : | |

This matter having come before the Court on the application of the United States

of America (Diana Vondra Carrig, Assistant U.S. Attorney, appearing) for an order that the

Indictment returned in the above-captioned matter be unsealed; and for good cause shown,

IT IS ON this 14th day of June, 2006,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.


HONORABLE JOEL B. ROSEN
United States Magistrate Judge