```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : HONORABLE JOSEPH E. IRENAS |
| JUAN RIVERA-VELEZ | : CRIMINAL ACTION No. 06-445 (JEI) |
|  | : **ORDER** |

**APPEARANCES:**

Howard J. Wiener, Esq.
Assistant United States Attorney
Office of the U.S. Attorney
U.S. Post Office Building
401 Market Street
4th Floor
Camden, NJ 08101
    Counsel for United States of America

SHAPIRO & SHAPIRO
By: Harold B. Shapiro, Esq.
1063 East Landis Avenue
P.O. Box 787
Vineland, NJ 08362
    Counsel for Defendant, Juan Rivera-Velez

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on Defendant Juan Rivera-Velez's motion to suppress his statement allegedly made to Federal Bureau of Investigation agents on September 24, 1997; the Court having considered the submissions of the parties, held an evidentiary hearing, and heard oral argument; for the reasons stated in the proceedings held in Open Court on June 4, 2008; and for good cause appearing;

**IT IS** on this 5th day of June, 2008,

**ORDERED THAT:**

Defendant's motion to suppress his statement is hereby **DENIED.**


                                             s/ Joseph E. Irenas
                                             **JOSEPH E. IRENAS, S.U.S.D.J.**