```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : <br> : <br> :    HONORABLE JOSEPH E. IRENAS <br> : <br> : CRIMINAL ACTION No. 06-445 (JEI) <br> : <br> :       **SCHEDULING ORDER** <br> :       **(DOCKET NO. 169)** <br> : <br> : |
| v. |  |
| JUAN RIVERA-VELEZ. |  |

**APPEARANCES:**

OFFICE OF THE UNITED STATES ATTORNEY
By:  Howard J. Wiener, Esq.
     Diana V. Carrig, Esq.
U.S. Post Office Building
401 Market Street
4th Floor
Camden, NJ 08101
     Counsel for United States of America

LOUIS CHARLES SHAPIRO, P.A.
By: Louis Charles Shapiro, Esq.
1063 East Landis Avenue
P.O. Box 787
Vineland, NJ 08362
     Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter appears before the Court on Defendant's letter dated March 5, 2010, requesting that the Court set a schedule for the briefing of Defendant's Fed. R. Civ. P. 29 and/or Fed. R. Civ. P. 33 motions (Dkt. No. 169), and for good cause appearing;

    **IT IS** on this **16th** day of March, 2010,

    **ORDERED THAT:**

    The following briefing schedule will apply to motions

brought pursuant to Fed. R. Civ. P. 29 and/or Fed. R. Civ.  P. 33.

      (a)   Defendant's moving brief is due by May 5, 2010.

      (b)   The Government's opposition brief is due by June 5, 2010.

Unless otherwise ordered by the Court, no reply brief shall be filed.

                       s/ Joseph E. Irenas  
                       **JOSEPH E. IRENAS, S.U.S.D.J.**